## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CARRINGTON MORTGAGE SERVICES,   :    No. 4 MM 2022
LLC,    :
   :
         Respondent    :
   :
   :
       v.    :
   :
   :
SURESH PACKIRISAMY,    :
   :
         Petitioner    :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 26th day of April, 2022, the Application for Extraordinary Relief is DENIED.